UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN LEON GUY,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH BICK, *et al.*,<br><br>        Defendants. | Case No.  2:21-cv-00823-WBS-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 43 |

Plaintiff moves to modify the September 26, 2022 scheduling order to allow additional time to complete discovery. ECF No. 43. Defendants filed statements of non-opposition to plaintiff's motion. ECF Nos. 44 & 45. Good cause appearing, the motion is granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to modify the scheduling order, ECF No. 43, is granted.

2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to April 25, 2023.

3. The deadline for filing dispositive motions is extended to July 25, 2023.

IT IS SO ORDERED.

Dated:    January 6, 2023               /s/ Jeremy Peterson
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE