UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN LEON GUY, | Case No. 2:21-cv-00823-WBS-JDP (PC) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| JOSEPH BICK, *et al.*, | ECF No. 49 |
| Defendants. | |

Plaintiff moves to modify the September 26, 2022 scheduling order to allow additional time to comply with discovery deadlines.[1] ECF No. 49. Good cause appearing, plaintiff's motion is granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to modify the scheduling order, ECF No. 49, is granted in part.

---

[1] On January 26, 2023, defendant Harf filed two discovery motions, ECF Nos. 47 & 48. Plaintiff has not filed an opposition or statement of non-opposition to those motions. Plaintiff is reminded that an opposition or statement of non-opposition is due within twenty-one days of service of a motion. E.D. Cal. L.R. 230(l). Failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id.*

2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to May 26, 2023.

3. The deadline for filing dispositive motions is extended to July 28, 2023.

IT IS SO ORDERED.

Dated:    March 28, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2