UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN LEON GUY,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSEPH BICK, *et al.*,<br><br>            Defendants. | Case No.  2:21-cv-00823-WBS-JDP (PC)<br><br><br>ORDER |

On January 26, 2023, defendant Harf filed a motion to compel discovery responses and a motion to deem admissions admitted. ECF Nos. 47 & 48. Plaintiff has not filed a response.[1]

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir.

---

[1] On March 24, 2023, plaintiff moved to extend the deadlines in the discovery and scheduling order by 120 days, ECF No. 49; defendants opposed, ECF No. 50. I granted that request in part, extending the discovery deadline to May 26 and the dispositive motion deadline to July 28. ECF No. 51. In the same order, I reminded plaintiff that defendant Harf had filed two discovery motions that required either his opposition or statement of non-opposition within twenty-one days of service. *Id.* at 1. I warned him that failure to file an opposition or statement of non-opposition could result in waiver and may also be grounds for sanctions. *Id.* This order constitutes plaintiff's second warning.

1

1    1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer

2    justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291

3    F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

4         Plaintiff will be given a chance to explain why the court should not dismiss the case for

5    his failure to timely file an opposition or statement of non-opposition to defendant's motions.

6    Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and

7    will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to

8    show cause within twenty-one days why this case should not be dismissed for failure to prosecute

9    and failure to comply with court orders.  Should plaintiff wish to continue with this lawsuit, he

10   shall file, within twenty-one days, an opposition or statement of non-opposition to defendant's

11   motion.

IT IS SO ORDERED.

Dated:    May 12, 2023                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE